IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAHEEM AHMAD HANIF,

        Plaintiff,                     No. 2:08-cv-2306-JFM (PC)

    vs.

SOLANO COUNTY JAIL
MEDICAL STAFF,

        Defendants.              <u>ORDER</u>

        Plaintiff is a county jail inmate proceeding pro se and in forma pauperis with an action filed pursuant to 42 U.S.C. § 1983. By order filed October 29, 2008, plaintiff's complaint was dismissed with leave to file an amended complaint. Plaintiff has now filed an amended complaint.

        The amended complaint states a cognizable claim for relief pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b). If the allegations of the amended complaint are proven, plaintiff has a reasonable opportunity to prevail on the merits of this action.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Service is appropriate for the following defendants: Dr. R. Kadevari; R.N. K. Purcells.

/////

1

1      2. The Clerk of the Court shall send plaintiff two USM-285 forms, one summons,
2  an instruction sheet and a copy of the amended complaint filed November 14, 2008.
3      3. Within thirty days from the date of this order, plaintiff shall complete the
4  attached Notice of Submission of Documents and submit the following documents to the court:
5      a. The completed Notice of Submission of Documents;
6      b. One completed summons;
7      c. One completed USM-285 form for each defendant listed in number 1
8  above; and
9      d. Three copies of the endorsed amended complaint filed November 14,
10 2008.
11     4. Plaintiff need not attempt service on defendants and need not request waiver of
12 service. Upon receipt of the above-described documents, the court will direct the United States
13 Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4
14 without payment of costs.
15 DATED: January 14, 2008.

                                          UNITED STATES MAGISTRATE JUDGE

12
hani2306.1am

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAHEEM AHMAD HANIF,<br>　　　　Plaintiff,<br>　　vs.<br>SOLANO COUNTY MEDICAL STAFF,<br>　　　　Defendants.<br>_____/ | No. 2:08-cv-2360-JFM (PC)<br><br>NOTICE OF SUBMISSION<br>OF DOCUMENTS |

Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

　　　_____　　completed summons form

　　　_____　　completed USM-285 forms

　　　_____　　copies of the _____
　　　　　　　　　　　　　　Amended Complaint

DATED:

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Plaintiff