IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAHIM AHMAD HANIF,

        Plaintiff,                  No. 2:08-cv-2306-JFM (PC)

   vs.

SOLANO COUNTY JAIL
MEDICAL STAFF, et al.,

        Defendants.             <u>ORDER</u>

        /

        Plaintiff, a county jail inmate proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983, has filed a motion for appointment of counsel. The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases. <u>Mallard v. United States Dist. Court</u>, 490 U.S. 296, 298 (1989). In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1). <u>Terrell v. Brewer</u>, 935 F.2d 1015, 1017 (9th Cir. 1991); <u>Wood v. Housewright</u>, 900 F.2d 1332, 1335-36 (9th Cir. 1990). In the present case, the court does not find the required exceptional circumstances. Plaintiff's motion for appointment of counsel will therefore be denied.

/////

/////

1

1    Accordingly, IT IS HEREBY ORDERED that plaintiff's April 2, 2009 motion for
2 appointment of counsel is denied.

3 DATED: April 14, 2009.

_____
UNITED STATES MAGISTRATE JUDGE

12
hani2306.31