IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAHIM AHMAD HANIF,

    Plaintiff,                                 No. 2:08-cv-2306-JFM (PC)

    vs.

SOLANO COUNTY JAIL
MEDICAL STAFF, et al.,

    Defendants.
                                     /          ORDER

        Plaintiff is a county jail inmate presently confined at Napa State Hospital proceeding pro se and in forma pauperis with a civil rights complaint pursuant to 42 U.S.C. § 1983. On May 19, 2009, plaintiff filed a document which the court construes as a request to stay this action during the pendency of plaintiff's placement at Napa State Hospital. On May 20, 2009, defendants filed a statement of non-opposition to the request. Defendants request that the stay be for a specific period of time and they suggest a period of six months.

        After review of the record, and good cause appearing, this action will be stayed for a period of six months. At the conclusion of six months, or upon plaintiff's transfer from Napa State Hospital to a correctional facility, whichever is first, either party may file a request to lift the stay. Defendants' April 21, 2009 motion for summary judgment will be denied without prejudice to its renewal, as appropriate, after the stay is lifted. The deadlines set in the court's

1

1 | March 27, 2009 scheduling order will be vacated and reset, as appropriate, at such time as the
2 | stay of this action is lifted.
3 |     In accordance with the above, IT IS HEREBY ORDERED that:
4 |     1. Plaintiff's May 19, 2009 motion for extension of time is construed as a request
5 | to stay this action and, so construed, is granted;
6 |     2. Either plaintiff or defendants or both may file a request to lift the stay within
7 | six months from the date of this order or upon plaintiff's transfer from Napa State Hospital to a
8 | correctional facility, whichever is sooner;
9 |     3. Defendants' April 21, 2009 motion for summary judgment is denied without
10 | prejudice to its renewal, as appropriate, after the stay is lifted;
11 |     4. The deadlines for completion of discovery and filing dispositive motions set in
12 | the court's March 27, 2009 order are vacated; and
13 |     5. The Clerk of the Court is directed to administratively close this action.
14 | DATED: June 3, 2009.

UNITED STATES MAGISTRATE JUDGE

12
hani2306.sty