1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   RAHEED AHMAD HANIF,

11            Plaintiff,                    No. 2:08-cv-2306-JFM (PC)

12       vs.

13   SOLANO COUNTY JAIL
     MEDICAL STAFF, et al.,                 ORDER AND
14
             Defendants.                    ORDER TO SHOW CAUSE
15   _____/

16          Plaintiff is a former county jail inmate proceeding pro se with a civil rights action

17   pursuant to 42 U.S.C. § 1983.  This action is proceeding before a United States Magistrate Judge

18   with the consent of the parties pursuant to 28 U.S.C. § 636(c).  See Consents filed October 6,

19   2008 and March 16, 2009.

20          By order filed June 4, 2009, this action was stayed due to plaintiff's transfer to

21   Napa State Hospital.  The June 4, 2009 order provided that plaintiff or defendants or both might

22   file a request to lift the stay within six months from the date of the order or upon plaintiff's

23   transfer from Napa State Hospital to a correctional facility, whichever was is sooner.  Plaintiff

24   has not filed anything in this action since it was stayed.  On March 8, 2010, the Solano County

25   Sheriff filed notice that plaintiff had been released on bail.  On August 12, 2010, defendants filed

26   /////

                                                    1

1  a request to reopen the action to permit them to file a motion for summary judgment.  Good

2  cause appearing, the stay will be lifted.

3          It appears from review of the record in this action that plaintiff has failed to

4  comply with Local Rule 182(f), which requires that a party appearing in propria persona inform

5  the court of any address change.  Accordingly, plaintiff will be ordered to show cause in writing

6  why this action should not be dismissed for failure to comply with Local Rule 182(f).  See Local

7  110.

8          In accordance with the above, IT IS HEREBY ORDERED that:

9          1.  Defendants' August 12, 2010 request to lift the stay is granted;

10          2.  The stay of this action is lifted and the Clerk of the Court is directed to reopen

11  this action; and

12          3.  Within twenty days from the date of this order plaintiff shall show cause if any

13  he has why this action should not be dismissed for plaintiff's failure to keep the court apprised of

14  his current address.  See Local Rules 182(f) and 110.

15  DATED: August 26, 2010.

16

17  _____
    UNITED STATES MAGISTRATE JUDGE

18

19  12
20  hani2306.osc

21

22

23

24

25

26

2