IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAHEED AHMAD HANIF,

    Plaintiff,               No. 2:08-cv-2306-JFM (PC)

    vs.

SOLANO COUNTY JAIL
MEDICAL STAFF, et al.,

    Defendants.        ORDER

        Plaintiff is a former county jail inmate proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding before a United States Magistrate Judge with the consent of the parties pursuant to 28 U.S.C. § 636(c). See Consents filed October 6, 2008 and March 16, 2009.

        By order filed June 4, 2009, this action was stayed due to plaintiff's transfer to Napa State Hospital. The June 4, 2009 order provided that plaintiff or defendants or both might file a request to lift the stay within six months from the date of the order or upon plaintiff's transfer from Napa State Hospital to a correctional facility, whichever was is sooner. Plaintiff has not filed anything in this action since it was stayed.

        On March 8, 2010, the Solano County Sheriff filed notice that plaintiff had been released on bail. On August 12, 2010, defendants filed a request to reopen the action to permit

1

them to file a motion for summary judgment.  By order filed August 27, 2010, the stay was lifted and plaintiff was ordered to show cause in writing why this action should not be dismissed due to plaintiff's failure to keep the court apprised of his current address.  On September 8, 2010, the copy of the August 27, 2010 order that was served on plaintiff was returned undelivered.

      Good cause appearing, IT IS HEREBY ORDERED that counsel defendants shall forthwith inquire whether plaintiff provided an address when he posted bail, and, within fifteen days from the date of this order, notify the court of the results of their inquiry.

DATED: September 14, 2010.

UNITED STATES MAGISTRATE JUDGE

12
hani2306.o2