IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAHEED AHMAD HANIF,

    Plaintiff,                     No. 2:08-cv-2306-JFM (PC)

    vs.

SOLANO COUNTY JAIL
MEDICAL STAFF, et al.,

    Defendants.                <u>ORDER</u>

        Plaintiff is a former county jail inmate proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding before a United States Magistrate Judge with the consent of the parties pursuant to 28 U.S.C. § 636(c). <u>See</u> Consents filed October 6, 2008 and March 16, 2009.

        By order filed June 4, 2009, this action was stayed due to plaintiff's transfer to Napa State Hospital. The June 4, 2009 order provided that plaintiff or defendants or both might file a request to lift the stay within six months from the date of the order or upon plaintiff's transfer from Napa State Hospital to a correctional facility, whichever was is sooner. Plaintiff has not filed anything in this action since it was stayed.

        On March 8, 2010, the Solano County Sheriff filed notice that plaintiff had been released on bail. On August 12, 2010, defendants filed a request to reopen the action to permit them to file a motion for summary judgment. By order filed August 27, 2010, the stay was lifted and plaintiff was ordered to show cause in writing why this action should not be dismissed due to

1

plaintiff's failure to keep the court apprised of his current address. On September 8, 2010, the copy of the August 27, 2010 order that was served on plaintiff was returned undelivered.

By order filed September 15, 2010, defendants were directed to forthwith inquire whether plaintiff provided an address when he posted bail, and notify the court of the results of their inquiry. On September 16, 2010, defendants filed a response to the September 15, 2010 order, in which they provide both an address in Richmond, California provided by plaintiff to jail officials on or about February 25, 2010 in connection with his release from jail, and an address in Vallejo, California provided by plaintiff at the time he was booked into jail.

Good cause appearing, IT IS HEREBY ORDERED that:

1. The Clerk of the Court shall serve a copy of this court's August 27, 2010 order to show cause on plaintiff at the following addresses: 437 Duboce Street, Richmond, CA 94801; and 807 Sheridan Street, Vallejo, California 94590-7705.

2. Within twenty days from the date of this order, plaintiff shall file and serve a notice of change of address.

3. Plaintiff's failure to comply with this order will result in the dismissal of this action.

DATED: September 23, 2010.

UNITED STATES MAGISTRATE JUDGE

12hani2306.o3

2